UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 4, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OMAR DARIO CHAVEZ,

Defendant.

Case No. 2:26-mj-00132-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release OMAR DARIO CHAVEZ, Case No. 2:26-mj-00132-SCR, Charge 18 U.S.C. § 1343 from custody for the following reasons:

x Release on Personal Recognizance

___ Bail Posted in the Sum of $ ________

___ Unsecured Appearance Bond $ ________

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

x (Other): Released forthwith on terms as stated on the record. Following release, defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 on 9/8/2026 at 10:00 AM.

Issued at Sacramento, California on September 4, 2026, at 2:35 PM

By: ________________

Magistrate Judge Sean C. Riordan